

# NUMBER 13-26-00082-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOHNNIE H. PHILIPP,                                                      Appellant,

v.

LOUIS D. 'BUBBA' WHITEHEAD,                                              Appellee.

## ON APPEAL FROM THE 278TH DISTRICT COURT
## OF WALKER COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Peña, West, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This matter is before the court on appellant's failure to file a brief.[1] On May 13, 2026, the Clerk of the Court notified appellant that appellant's brief was past due.

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE § 73.001.

Appellant was further notified that if appellant failed to reasonably explain the failure to file a brief within ten days from the date of the notice, the appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

To date, appellant has failed to file a brief and has not otherwise responded to the clerk's notices; accordingly, the appeal is dismissed for want of prosecution. *See id.*

YSMAEL D. FONSECA
Justice

Delivered and filed on the
9th day of July, 2026.

2